**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants SAN JOSE MARKET CENTER HB INC and EVA KAM

*E-FILED 12/24/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GREGORIO MIGUEL LOPEZ and JOHANA MONTOYA,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAN JOSE MARKET CENTER HB INC and EVA KAM,<br><br>        Defendants. | Case No. C 08 04865 RS<br><br>Complaint Filed: October 23, 2008<br><br>**STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:        None. |

620188.1

**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  Plaintiffs Gregorio Miguel Lopez and Johana Montoya, and defendants San Jose
2  Market Center HB Inc. and Eva Kam, appearing by and through their respective counsel, hereby
3  stipulate to continue the Case Management Conference currently scheduled on **February 25, 2009**
4  for twenty-eight (28) days. The continuance is needed because defendants have just retained
5  counsel and counsel will not have had sufficient time to investigate the claims in plaintiff's
6  Complaint or to prepare a response and thus, will be unable to effectively discuss issues that will
7  arise in the case management conference. With the requested extension, the next date for the case
8  management conference shall be **March 25, 2009** at 2:30 p.m. or the first available date thereafter.
9  Case management conference statements shall be filed by no later than March 18, 2009, unless
10 otherwise ordered by the court.

11       IT IS SO STIPULATED.

12                                    Respectfully submitted,

13 DATED: December 23, 2008           LAW OFFICES OF TOMAS E. MARGAIN

14
15                                    By: _____
                                          Tomas E. Margain
16                                        Attorneys for Plaintiffs

17 DATED: December    , 2008          MUSICK, PEELER & GARRETT LLP

18
19                                    By: _____
                                          Catherine M. Lee
20                                        Attorneys for Defendants SAN JOSE MARKET
                                          CENTER HB INC and EVA KAM
21
22                                    ORDER

23       IT IS SO ORDERED.

24 Dated: ____December 24____, 2008    _____
25                                     JUDGE OF THE UNITED STATES
                                       DISTRICT COURT
26
27
28

1    Plaintiffs Gregorio Miguel Lopez and Johana Montoya, and defendants San Jose
2  Market Center HB Inc. and Eva Kam, appearing by and through their respective counsel, hereby
3  stipulate to continue the Case Management Conference currently scheduled on **February 25, 2009**
4  for twenty-eight (28) days.  The continuance is needed because defendants have just retained
5  counsel and counsel will not have had sufficient time to investigate the claims in plaintiff's
6  Complaint or to prepare a response and thus, will be unable to effectively discuss issues that will
7  arise in the case management conference.  With the requested extension, the next date for the case
8  management conference shall be **March 25, 2009** at 2:30 p.m. or the first available date thereafter.
9  Case management conference statements shall be filed by no later than March 18, 2009, unless
10 otherwise ordered by the court.

11         IT IS SO STIPULATED.

12                                         Respectfully submitted,

13 DATED:  December       , 2008           LAW OFFICES OF TOMAS E. MARGAIN

15                                         By: _____
                                               Tomas E. Margain
16                                             Attorneys for Plaintiffs

17 DATED:  December 24, 2008               MUSICK, PEELER & GARRETT LLP

19                                         By: *Catherine M Lee/by kr*
                                               Catherine M. Lee
20                                             Attorneys for Defendants SAN JOSE MARKET
                                               CENTER HB INC and EVA KAM

22                                         ORDER

23         IT IS SO ORDERED.

24 Dated: _____, 2008      _____
25                                         JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

---

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

6201881

1

**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**