*E-Filed 8/27/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregorio Miguel Lopez, | No. C 08-4865 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| San Jose Market Center HB, Inc., et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 29, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 4, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Per stipulation of the parties, plaintiffs may file a motion for attorneys' fees and costs under Rule 54-5 on or before December 24, 2010.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/27/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE