**\*E-Filed 10/12/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORIO MIGUEL LOPEZ, et al., | No. C 08-4865 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| SAN JOSE MARKET CENTER HB, INC., et al., | |
| Defendants. | |

On August 26, 2010, the parties filed a notice of settlement. In response, the Court vacated all pretrial and trial dates, and instructed the parties to file a stipulation of dismissal by October 29, 2010. If they failed to so stipulate, the parties were required to attend an Order to Show Cause Hearing, scheduled for November 4, 2010.[1] The parties did not file a stipulation and did not attend the hearing. On the date of the scheduled hearing, plaintiff's counsel did file an affidavit apologizing for the missed appearance and informing the Court that a stipulation of settlement was forthcoming.

As of the date of this Order, the parties still have not filed a stipulation of dismissal. They must do so on or before December 24, 2010. If a stipulation of dismissal is not filed by that date,

---

[1] The Court also set a December 24, 2010 deadline to move for attorney fees and costs.

No. C 08-4865 RS
STANDBY ORDER TO SHOW CAUSE

the parties are ordered to appear on **January 6, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated:  10/12/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE