JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST STREET SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

JONATHAN MCNEIL WONG, #112224
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3570

<u>Mail</u>:  P.O. Box 12979
         Oakland, California  94604-2979
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486
E-mail: *jonathan@donahue.com*

Attorneys for Defendants
SAN JOSE MARKET CENTER HB INC. and EVA KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MIGUEL LOPEZ and JOHANA MONTOYA,<br><br>       Plaintiffs,<br>   vs.<br><br>SAN JOSE MARKET CENTER HB INC. and EVA KAM,<br><br>       Defendants. | Case No.:  C 08 04865 RS<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

1  Plaintiffs GREGORIO MIGUEL LOPEZ and JOHANA MONTOYA and defendants SAN JOSE MARKET CENTER HB INC. and EVA KAM, through their respective counsel, stipulate as follows:

    1.    The parties have settled the matter and executed a written settlement agreement.

    2.    Pursuant to the terms of the settlement agreement, Plaintiffs have been paid in full.  However, Plaintiffs' attorneys have agreed to payment of their fees and costs under a payment plan.

    3.    As such, IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

    4.    The parties do request that the Court retain jurisdiction of the matter in the event there is a breach of the written settlement agreement.

IT IS SO STIPULATED.

Dated: January 3, 2011                    DAL BON & MARGAIN APC

                                          By://s// Tomas Margain

                                          Tomas Margain
                                          Attorneys for Plaintiffs

Dated: January 3, 2011                      DONAHUE GALLAGHER WOODS LLP

                                          By://s// Jonathan McNeil Wong
                                          Jonathan McNeil Wong
                                          Attorneys for Defendants
                                          SAN JOSE MARKET CENTER HB INC. and EVA KAM

STIPULATION AND ORDER

ORDER

Pursuant to the stipulation and good cause shown, the matter is hereby Dismissed with prejudice.  However, the Court will retain jurisdiction to enforce the written settlement agreement if it is breached by any party.

IT IS SO ORDERED.

Dated:   1/5/11

By: _____
Hon. Richard Seeborg
United States District Court Judge

3

STIPULATION AND ORDER